# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MONTANA
### HELENA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | **Case No. CR-24-19-H-BMM** |
| Plaintiff, | |
| vs. | **ORDER CONTINUING TRIAL** |
| PAUL ANTHONY LAFOURNAISE, | |
| Defendant. | |

IT IS HEREBY ORDERED that the final pretrial conference and jury trial set for November 26, 2024 are VACATED. The following schedule shall apply: The final pretrial conference is rescheduled for Monday, November 25, 2024 at 8:30 a.m. The jury trial is rescheduled for Monday, November 25, 2024 at 9:00 a.m. in the Charles N. Pray Courtroom at the Missouri River Federal Courthouse, Great Falls, Montana. The plea agreement deadline is November 14, 2024. Expert reports are due on or before November 15, 2024. The JERS disc, Jury Instructions and Trial Briefs are due by November 18, 2024.

DATED this 12th day of November, 2024.

_____
Brian Morris, Chief District Judge
United States District Court