IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
HELENA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 24-19-H-BMM |
| Plaintiff, | |
| vs. | VERDICT |
| PAUL ANTHONY LAFOURNAISE, | |
| Defendant. | |

1. The Court, in the above-entitled matter, finds the Defendant, PAUL ANTHONY LAFOURNAISE:

\_\_\_\_\_ Not Guilty

__X__ Guilty

of prohibited person in possession of a firearm, in violation of 18 U.S.C. 922(g)(1), as charged in the Indictment.

DATED this __4th__ day of December, 2024.

/s/ Brian Morris
BRIAN MORRIS
CHIEF DISTRICT JUDGE
U.S. DISTRICT COURT

1