IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
HELENA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>PAUL ANTHONY LAFOURNAISE,<br><br>Defendant. | CR 24-19-H-BMM<br><br><br><br>SPECIAL VERDICT<br>FORFEITURE |

1. The Court, in the above-entitled matter, finds by a preponderance of the evidence that the property described as:

- Kel-Tec PF-9, 9mm pistol (serial number SG 349) and 9mm caliber ammunition

was property involved in or used in the commission of the firearm crime in the Indictment.

\_\_\_\_\_ No

__X__ Yes

DATED this __4th__ day of December, 2024.

*[signature]*

BRIAN MORRIS
CHIEF DISTRICT JUDGE
U.S. DISTRICT COURT

1